

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00104-CR

| | | |
|---|---|---|
| Ex parte Lisa Nae Brumley | § | From the 89th District Court |
| | § | of Wichita County (187,420-C) |
| | § | May 3, 2018 |
| | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM